In re:  Case No. 8:04-bk-09764-CPM

Alma Franklin

Chapter 13

_____ Debtor(s) ___/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Now comes movant, **The National Unclaimed Property Fund, Inc.**, and respectfully moves the court to enter an order authorizing payment of unclaimed funds to **Alma Franklin**, a debtor in the above numbered bankruptcy case. In support of this motion, movant respectfully represents as follows:

1. The Trustee appointed by the Court in this case did deposit into the registry of the Court the sum of $839.28 per 11 U.S.C. Section 347(a), and specifically named Alma Franklin the rightful debtor due this amount.

2. Alma Franklin appointed The National Unclaimed Property Fund, Inc., a funds locator and recovery agent, as her Attorney-in-Fact to seek recovery of said unclaimed funds on her behalf. The original notarized Limited Power of Attorney is attached hereto.

3. Movant has provided herewith various supporting documentation to evidence proper ownership and rights to file this application.

4. Debtor's current address is: Alma Franklin, 11416 Bessie Dix Rd, Seffner, FL 33584-2521, (813) 833-1920. **Last Four Digits of SSN: 7595**

5. Upon motion being granted, movant request that payment of the unclaimed funds in the amount of **$839.28 payable to Alma Franklin be sent in care of The National Unclaimed Property Fund, Inc., P.O. Box 1320, Blakeslee, PA. 18610-1320.**

Wherefore, movant respectfully requests the Court to enter an Order authorizing payment of the unclaimed dividend due upon this claim.

Date: 12-1-10

Dr. James A. Potter, President & CEO
The National Unclaimed Property Fund, Inc.
Attorney-in-Fact for Alma Franklin
P.O. Box 1320
Blakeslee, PA. 18610-1320
Tel. No. (570) 606-4218

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No. 8:04-bk-09764-CPM

   Alma Franklin

                                                 Chapter 13
_____Debtor(s)___/

## CERTIFICATE OF SERVICE

Notice is hereby given that on __12-1-10__ a copy of the Motion for Payment of Unclaimed Funds was served on the U.S. Attorney, per 28 U.S.C., Section 2042 at the following address by U.S. Mail:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602


Date: __12-1-10__

                                          Dr. James A. Potter, President & CEO
                                          The National Unclaimed Property Fund, Inc.
                                          Attorney-in-fact for Alma Franklin
                                          P.O. Box 1320
                                          Blakeslee, PA. 18610-1320
                                          Tel. No. (570) 606-4218

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:04-bk-09764-CPM

Alma Franklin

Chapter 13

_____Debtor(s)___/

## AFFIDAVIT OF FUNDS LOCATOR

I, Dr. James A. Potter, hereby state:

1. I am the acting President and CEO of The National Unclaimed Property Fund, Inc. which was appointed "Attorney-in-fact" for Alma Franklin, a debtor in the above referenced case.

2. I have made all reasonable efforts to believe to the best of my knowledge that Alma Franklin is legally entitled to the unclaimed funds referenced in this motion.

3. To the best of my knowledge and belief, I am familiar with the State of Florida requirements for acting in the capacity as a personal representative (or Attorney-in-fact).

Date: 12-1-10

Dr. James A. Potter, President & CEO
The National Unclaimed Property Fund, Inc.
Attorney-in-Fact for Alma Franklin
P.O. Box 1320
Blakeslee, PA. 18610-1320
Tel. No. (570) 606-4218

# AGENT AUTHORIZATION
## LIMITED POWER OF ATTORNEY

(To be used **ONLY** for the recovery of the court funds described herein)

I, **Alma Franklin**, herein referred to as "Claimant", with the mailing address of **11416 Bessie Dix Rd, Seffner, FL 33584-2521** do hereby nominate and appoint The National Unclaimed Property Fund, Inc. (a nongovernmental national asset location and recovery service corporation) herein referred to as "Agent" as Claimant's agent and true attorney-in-fact **ONLY** to petition the court for and recover the unclaimed funds described herein that may be legally due and owed to Claimant. Claimant authorizes Agent to act on Claimant's behalf, to execute, endorse, accept and deliver all checks, drafts, notes, warrants, acknowledgements, claim forms, affidavits, releases, and any other instruments necessary in the collection of these funds and to deliver said funds to Claimant, less agreed upon fee, to the signatory below.

The assets to which Claimant is entitled are described herein as Unclaimed Court Funds from Bankruptcy Case No. **8:04-bk-09764-CPM**; Debtor: **Alma Franklin**; totaling **$839.28** in the United States Bankruptcy Court Middle District of Florida.

The Claimant does hereby grant the Agent every power necessary to carry out the limited purposes for which this Agent Authorization/Limited Power of Attorney is granted.

The rights, powers, and authority of Claimant's Agent herein granted shall commence and be in full force and effect from the date Claimant signs this Agent Authorization/Limited Power of Attorney and such rights, powers, and authority shall remain in full force and effect thereafter until funds are collected or six (6) months from the date this document was executed, whichever comes first. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, authorities and privileges set forth in any previously signed Power of Attorney pertaining to these funds.

If Claimant's name and/or address are different then what is listed in paragraph #1 above, please enter here:

_Alma Franklin   11416 Bessie Dix   Seffner   FL   33584_
Claimant Name      Address          City     State  Zip

Signed: _Alma Franklin_ ——— Date: _Nov. 24, 2010_
        Claimant

Last 4 digits of SSN: _7595_

***

## NOTARY ACKNOWLEDGMENT

State of _Florida_, County of _Hillsborough_

On this _23_ day of _November_, 20_10_, before me, the undersigned Notary Public in and for the said County and State personally appeared (name) _Alma Franklin_, known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

**NOTARY SEAL**

_[signature]_
NOTARY PUBLIC

My commission expires on _3/20/11_

QUIN H. BISHOP
MY COMMISSION # DD 653110
EXPIRES: March 20, 2011

# AFFIDAVIT

I, **Alma Franklin** ("Affiant"), am a resident of ___Seffner___ (City), County of ___Hillsboro___, State of ___Florida___, and do hereby certify, swear or affirm, and declare that I am competent to give the following Affidavit based on my personal knowledge, unless otherwise stated, and that the following facts and things are true and correct to the best of my knowledge:

That I am the debtor known as **Alma Franklin** in **Bankruptcy Case No: 8:04-bk-09764-CPM**, in the United States Bankruptcy Court Middle District of Florida and that I formerly lived and/or received mail at **11416 Bessie Dix Rd., Seffner, FL 33584** which is the address of record on file with the court in this case.

_____Alma Franklin Bodin_____
**Signature of Affiant**

*********************************************************************************************************

## NOTARY ACKNOWLEDGMENT

State of ___Florida___, County of ___Hillsborough___

On this _23_ day of ___November___, 20_10_, before me, the undersigned Notary Public in and for the said County and State personally appeared (name) ___Alma Franklin___, known to me to be the affiant in the foregoing affidavit, and having been by me duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.
WITNESS my hand and official seal.

**NOTARY SEAL**

_____Quin Bishop_____
**NOTARY PUBLIC**

My commission expires on _3/20/11_

QUIN H. BISHOP
MY COMMISSION # DD 653110
EXPIRES: March 20, 2011



COPY OF PERSONAL
ID FOR DENTON
AND PROOF OF RELATION
ADDRESS AND PROOF FOR
DENTON IN ATTN